197 So. 903

**Robert (alias Bodick) STEARNES v. STATE.**

8 Div. 866.

Court of Appeals of Alabama.

June 11, 1940.

Wm. C. Rayburn, of Guntersville, for appellee.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

199 So. 917

**James STEEN v. STATE.**

6 Div. 576.

Court of Appeals of Alabama.

Nov. 12, 1940.

Edw. de Graffenried, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

195 So. 911

**James Monroe STEPHENS v. STATE.**

6 Div. 695.

Court of Appeals of Alabama.

April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

195 So. 912

**Cora STEVENS v. CITY OF MOBILE.**

1 Div. 362.

Court of Appeals of Alabama.

April 9, 1940.

RICE, Judge.

Affirmed.

190 So. 925

**Melvin STEWART v. STATE.**

8 Div. 889.

Court of Appeals of Alabama.

June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

195 So. 912

**George STINSON v. STATE.**

4 Div. 580.

Court of Appeals of Alabama.

April 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.